UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Civil Action No. 23-0928 (DLF) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 18, 2023 Minute Order, Defendant United States Forest Service ("Defendant" or "Forest Service"), and Plaintiff Center for Biological Diversity, by and through their respective counsel, hereby submit this joint status report addressing the status of Plaintiff's Freedom of Information Act ("FOIA") requests. *See* August 18, 2023 Min. Order.

On April 5, 2023, Plaintiff filed an initial complaint in this FOIA matter, which it then amended on June 29, 2023. *See* Compl. ECF No. 1; Am. Compl., ECF No. 13. Plaintiff's case seeks to compel the release of records responsive to two FOIA requests that Plaintiff submitted to the Forest Service on November 22, 2022 and March 29, 2023. *See id.* Both FOIA requests seek records concerning the appraisal for the proposed "Oak Flat" land exchange in southeastern Arizona. On June 21, 2023, Defendant issued a no-records response to both requests.

On July 14, 2023, Plaintiff submitted specific questions to Defendant regarding the Agency's no-records response to Plaintiff's two FOIA requests in this case. Defendant responded to some of these questions on August 14, 2023 and responded to the remaining questions on September 11, 2023. In its September 11, 2023 response, Defendant explained that the Forest Service issued its no-records response after it determined that there is no place where the Forest

Service reasonably believes it could search for records that would include non-exempt segregable information because, according to the Forest Service, Plaintiff's FOIA requests seek records that would mostly, if not all, be subject to FOIA Exemption 5's deliberative process protections. Nonetheless, after reviewing the issues raised in Plaintiff's July 14, 2023 email, the Forest Service stated that it would agree to run a search for records responsive to Plaintiff's requests, which it had previously determined would be categorically exempt under FOIA Exemption 5. The Forest Service expects to complete this search by September 29, 2023, and will appraise Plaintiff of the results of that search thereafter. Should the search prove fruitful, the Forest Service will then begin processing any records gathered in response to that search. Given the current status of Plaintiff's FOIA request, Plaintiff is agreeable to allowing the Forest Service time to complete its search.

*   *   *

In light of the current status of Plaintiff's FOIA requests, the parties respectfully request that they be allowed to file a further joint status report in thirty days, or by October 18, 2023, to further apprise the Court of their progress in this matter, or until it is necessary to propose a schedule for further briefing.

Date: September 18, 2023

Respectfully submitted,

*/s/ Marc D. Fink*
Marc D. Fink, pro hac vice
Center for Biological Diversity
MN Bar No. 343407
209 East 7th St.
Duluth, MN  55805
Tel: 218-464-0539
Email: mfink@biologicaldiversity.org

William J. Snape, III
Center for Biological Diversity
D.C. Bar No. 455266
1411 K St. NW, Suite 1300
Washington, D.C. 20005
American University Law School
4300 Nebraska Ave NW,
Washington, DC 20016
Phone: 202-536-9351
Email: bsnape@biologicaldiversity.org
wsnape@wcl.american.edu

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney
601 D. Street, NW
Washington, District of Columbia 20530
Telephone: (202) 252-2544
Anna.Walker@usdoj.gov

*Counsel for Defendant*