UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant,<br><br>RESOLUTION COPPER MINING, LLC,<br><br>Intervenor. | Civil Action No. 23-0928 (DLF) |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 56, Defendant, the United States Forest Service ("Forest Service"), respectfully moves for summary judgment in this Freedom of Information Act ("FOIA") case.  Plaintiff Center for Biological Diversity challenges the Forest Service's response to Plaintiff's November 22, 2022, and March 29, 2023 FOIA Requests for records related to the appraisal of the parcels of land subject to a statutory land exchange that includes a site sacred among local American Indian Tribes, known as "Oak Flat."  In response to those two requests, the Forest Service has completed a reasonable search for all records within the Forest Service's control and has produced all reasonably segregable, non-exempt records. Any the further release of information contain in those records would trigger foreseeable harm to the interests protected under FOIA Exemptions 4, 5, and 6. Accordingly, there are no genuine issues of material fact remaining and Defendant is entitled to judgment as a matter of law.

- 2 -

Dated: August 22, 2024						Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      /s/ Anna D. Walker
ANNA D. WALKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2544

*Attorneys for the United States of America*