UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant,<br><br>and<br><br>RESOLUTION COPPER MINING, LLC,<br><br>Intervenor-Defendant. | Case No. 23-cv-928-DLF |

**PLAINTIFF'S NOTICE OF RELATED FILING**

Plaintiff Center for Biological Diversity ("the Center") provides notice of the attached filing in the related Oak Flat litigation in Arizona.  Exhibit A.  On April 17, 2025, the Defendant U.S. Forest Service provided notice to the parties in that case that the agency intends to publish the Final Environmental Impact Statement ("FEIS") for the Oak Flat Land Exchange and Project in the Federal Register "no earlier than 60 days from the date of filing this notice."  *Id*.  This notice was provided pursuant to a previous agreement of the parties in that case that the Forest Service would provide at least 60 days' notice before publishing the FEIS.  As the Center has explained, once the FEIS is published, the Secretary of Agriculture is directed by statute to convey the federal lands subject to the Appraisal in this case to Resolution Copper within 60 days.  16 U.S.C. § 539p(c)(10).  Thus, as the Center has emphasized, for the Oak Flat Appraisal to have value to the Center, the concerned public, and the affected Tribes, it must be promptly released.  Doc. 49, p. 3-4.

#

Respectfully submitted on April 17, 2025,

        */s/ Marc D. Fink*
        Marc D. Fink, pro hac vice
        Center for Biological Diversity
        MN Bar No. 343407
        209 East 7th St.
        Duluth, MN 55805
        Tel: 218-464-0539
        Email: mfink@biologicaldiversity.org

        William J. Snape, III
        Center for Biological Diversity
        D.C. Bar No. 455266
        1411 K St. NW, Suite 1300
        Washington, D.C. 20005
        American University Law School
        4300 Nebraska Ave NW,
        Washington, DC 20016
        Tel: 202-536-9351
        Email: bsnape@biologicaldiversity.org
        wsnape@wcl.american.edu

        Counsel for Plaintiff

#