UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

UNITED STATES FOREST SERVICE,

Defendant.

and

RESOLUTION COPPER MINING, LLC,

Intervenor-Defendant.

Civil Action No. 23-0928 (DLF)

## JOINT STATUS REPORT

In this Freedom of Information Act ("FOIA") case, the parties previously reported that they reached an agreement in principle on the only remaining issue in this case, which is Plaintiff's claim for attorney fees and costs. Since the filing of the last joint status report, the parties have reached a final settlement agreement concerning this remaining issue. Pursuant to the parties' agreement, upon Plaintiff's receipt of the settlement payment, the parties will file a stipulation of dismissal. The parties are hopeful that another joint status report will not be necessary. However, in the event that Plaintiffs have not yet received payment in the next thirty days, the parties will file another joint status report by July 7, 2026.

Respectfully submitted on June 8, 2026.

*/s/ Marc D. Fink*
Marc D. Fink, pro hac vice
Center for Biological Diversity
MN Bar No. 343407
209 East 7th St.
Duluth, MN  55805
(218) 464-0539

mfink@biologicaldiversity.org

William J. Snape, III
D.C. Bar No. 455266
1411 K St. NW, Suite 1300
4300 Nebraska Ave NW,
Washington, DC 20016
(202) 536-9351
wsnape@wcl.american.edu

*Counsel for Plaintiff*


JEANINE FERRIS PIRRO
United States Attorney

*/s/ Tara Derbisz*
TARA DERBISZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 809-0784

*Counsel for the United States of America*